THE LAW OFFICE OF MACE J. YAMPOLSKY
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.    2:21-cr-00120-APG-BNW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING** (First Request) |
| vs. ) | |
| ) | |
| NATHAN CODY BROWN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney, by and through Supriya Prasad, Assistant United States Attorney, and Mace Yampolsky, Esq., counsel for Defendant Nathan Cody Brown, that sentencing in above-captioned matter be continued and rescheduled for a period of 90 days.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant was appointed to represent the Defendant on May 4, 2021.

2. Counsel for the Defendant is going to obtain a mitigation specialist so she could interview/research the defendant regarding his childhood and medical records.

3. Should the defense submit or rely upon an expert report in support of its sentencing arguments, the defense agrees to provide the government with the report and any underlying material to that report, including raw testing data, scoresheets, worksheets, notes, protocols, test question materials, any result summaries and interpretative reports, recordings of interviews/testing, and

1

any other underlying facts and data supporting the expert's opinion.

4. Counsel for defendant will be out of the country from May 7, 2024 to May 21, 2024.

5. The Defendant is out of custody, and does not object to the continuance.

6. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence by all parties hereto.

7. This is the first stipulation to continue filed herein.

DATED this 4th day of January, 2024.

THE LAW OFFICE OF MACE J. YAMPOLSKY

*/s/ Mace J. Yampolsky, Esq*
MACE J. YAMPOLSKY, ESQ
Attorney for Defendant

OFFICE OF THE UNITED STATES ATTORNEY

*/s/ Supriya Prasad*
SUPRIYA PRASAD
Assistant United States Attorney

THE LAW OFFICE OF MACE J. YAMPOLSKY
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 01945
625 S. Sixth St.
Las Vegas, Nevada 89101
Telephone: (702) 385-9777;
Fax: (702) 385-3001
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:21-cr-00120-APG-BNW |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| vs. | |
| NATHAN CODY BROWN, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. A date not earlier than 90 days from the presently scheduled hearing is appropriate.

2. Counsel for the Defendant is going to obtain a mitigation specialist so she could interview/research the defendant regarding his childhood and medical records.

3. Should the defense submit or rely upon an expert report in support of its sentencing arguments, the defense agrees to provide the government with the report and any underlying material to that report, including raw testing data, scoresheets, worksheets, notes, protocols, test question materials, any result summaries and interpretative reports, recordings of interviews/testing, and any other underlying facts and data supporting the expert's opinion.

3

4. Counsel for defendant will be out of the country from May 7, 2024 to May 21, 2024.

5. The Defendant is out of custody, and does not object to the continuance.

6. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence by all parties hereto.

7. This is the first stipulation to continue filed herein.

## CONCLUSIONS OF LAW

The defendant and the government have both signed a plea agreement.

///

///

///

## ORDER

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter, currently scheduled for January 16, 2024 be vacated and continued for a period of at least 90 days.

_____
DISTRICT COURT JUDGE

Sentencing in this matter is now set for:  April 16, 2024 at 10:00 a.m. in Courtroom 6C.

DATED: January 5, 2024